IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00543-RPM-KMT

DAVID M. HORNBACK,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice, filed May 23, 2012 [11], it is

    ORDERED that the motion is granted and this civil action is dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED:  May 23, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge